**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------x
In re:

                                      Case No. 19-46591-ess

Ashmeen Modikhan

                                      Chapter 7

                Debtor.
---------------------------------x
Ashmeen Modikhan                       Adv. Pro. No.21-1009-ess
                Plaintiff,

    vs

Darren Aronow, Esq.
                Defendant.
---------------------------------x

# O R D E R

**Whereas**, an Order of Recusal was entered on the above-captioned case and adversary proceeding on May 14, 2021, referring this case and adversary proceeding back to the Clerk of Court for reassignment; it is

**ORDERED**, that the above-captioned case and adversary proceeding are hereby reassigned to the Honorable Jil Mazer-Marino, and it is further

**ORDERED**, that the Clerk of Court take the ordinary steps to effectuate this reassignment which includes the proper notification of the debtor, creditors and all parties in interest.

Dated: Central Islip, New York
      May 17, 2021

                                                *s/Alan S. Trust*
                                                Alan S. Trust
                                                Chief U.S. Bankruptcy Judge