UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:

Ashmeen Modikhan

                Debtor.

_____

Ashmeen Modikhan

                Plaintiff-Debtor

                -against-

Darren Aronow, an individual ESQ; Hanin R.
Shadood, an individual ESQ. and as an employee of
the Chapter 13 Trustee in Duel Capacities; Courtney
R. Williams, an individual ESQ; Fay Servicing,
LLC, a business entity; Rushmore Loan
Management Services, Inc., a business entity; and
Marianne DeRosa, an individual ESQ., Chapter 13
Trustee, and an Individual ESQ. capacity. The
United States of America and Does 1-100 Inclusive,

                Defendants

_____

**AMENDED NOTICE OF MOTION TO
DISMISS AMENDED ADVERSARY
COMPLAINT**


Case No.: 19-45691-jmm
(Chapter 13)



Adversary Proceeding Docket #: 21-01009-jmm


      **PLEASE TAKE NOTICE** that Defendant Courtney R. Williams, Esq.,  of  Gross Polowy, LLC will move

this Court on November 2, 2021 at 10:30 am before the Honorable Jil Mazer- Marino, at the United States

Bankruptcy Court, for the Eastern District of New York,  271 Cadman Plaza East-Suite 1595, Brooklyn, NY 11201

for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) made applicable to this proceeding by Rule 7012

of the Federal Rules of Bankruptcy Procedure dismissing the Adversary Proceeding pursuant to the  Court Order

entered September 10, 2021,  and for such other relief as the Court may deem proper.

**PPURSUANT THE COURT'S ORDER ENTERED ON SEPTEMBER 10, 2021, ANSWERING PAPERS SHALL BE FILED WITH THE COURT AND ARE TO BE SERVED SO AS TO BE RECEIVED BY COUNSEL NO LATER THAN OCTOBER 26, 2021.**

DATED:    September 24, 2021
          Williamsville, New York

                                                    Yours,

                                                        /s/ Courtney R Williams
                                            By:     _____
                                                    Courtney R Williams, Esq.
                                                    GROSS POLOWY, LLC
                                                    1775 Wehrle Drive, Suite 100
                                                    Williamsville, NY 14221
                                                    Telephone (716) 204-1700

TO:

Ashmeen Modikhan                                    Plaintiff
94-22 Magnolia Court
Unit 1-B
Ozone Park, NY 11417

Darren Aronow, Esq.                                 Defendant
Aronow Law Firm P.C.
7600 Jericho Turnpike
Suite 115
Woodbury, NY 11797

Marianne DeRosa, Chapter 13 Trustee                 Defendant
Office of the Chapter 13 Trustee
100 Jericho Quadrangle, Suite 127
Jericho, NY 11753

Steven Amshen                                       Attorney for Defendant Hanin Shadood
Petroff Amshen LLP
1795 Coney Island Avenue
Suite 3
Brooklyn, NY 11230

Hanin Shadood, Esq.                                  Defendant
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753


Katherine Heidbrink, Esq                             Attorney for Defendant Rushmore Loan
Friedman Vartolo, LLP                                Management Services, LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530


Jonathan M. Robbin, Esq.                             Attorney for Defendant Rushmore Loan
J Robbin Law                                         Management Services, LLC
200 Business Park Drive
Suite 103
Armonk, NY 10504


Andrea M Roberts, Esq.                               Attorney for Defendant Fay Servicing, LLC
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10174