UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
==================================X
IN RE:                                                          Case No. 1-19-46591-jmm

ASHMEEN MODIKHAN,                                Hon. JIL MAZER-MARINO

        Debtor.
==================================X

ASHMEEN MODIKHAN,                                A.P. # 1-21-1009-jmm

        Plaintiff
    v.

DARREN ARONOW, ESQ., et al.,

        Defendants
==================================X

## NOTICE OF SUBSTITUTION OF SUCCESSOR TRUSTEE AS DEFENDANT
## AND ENTRY OF APPEARANCE

      COMES NOW, Nathan Z. Kaufman, attorney for the Office of the Standing Chapter 13 Trustee, and hereby notifies the Court of the retirement of Marianne DeRosa, Standing Chapter 13 Trustee and appointment of Krista M. Preuss, Successor Chapter 13 Standing Trustee. Pursuant to Fed. R. Bankr. P. 2012(b) and 7025 and Fed. R. Civ. P. 25(d), Trustee Preuss shall be substituted as Defendant in this action, effective October 1, 2021, and shall be represented by the undersigned counsel.

Date:  Jericho, New York
       October 4, 2021        /s/ Nathan Kaufman
                                      NATHAN Z. KAUFMAN, STAFF ATTORNEY FOR
                                      KRISTA M. PREUSS, TRUSTEE
                                      100 JERICHO QUADRANGLE; STE 127
                                      JERICHO, NY 11753
                                      (516) 622-1340

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing Notice was served electronically on October 4, 2021 to all parties receiving notice through the CM/ECF system.
                                      /s/ Nathan Kaufman
                                      Nathan Z. Kaufman, Staff Attorney