UNITED STATESBANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

_____ x

In re:                                            Chapter. 7

                                                  Case No: 19-46591-jmm

Ashmeen Modikhan

            Debtor.

_____ X.

Ashmeen Modikhan                         Adv. Pro. No:21-01009-jmm

            Plaintiff

Vs

Darrow Arorow, Esq.et.al

            Defendants

_____

## DEBTORS MOTION TO WITHDRAW CHAPTER 7 CASE

I, Ashmeen Modikhan, submit this motion to withdraw from Chapter 7 protection due to a Chronic illness, Stress, Anxiety, and Abuse. I have being financially **Raped** by this judicial system. I have been held down and stripped by my attorneys, all while bankruptcy court has given the nod of approval. Continuing in bankruptcy will deprive me of my sanity. I must escape, before I deprive my family of my existence. It is with all due respect that the treatment for which I have endured from both sides of the isle. My attorneys. The courts trustee, and the judges whom I feel are bias. It is my firm belief that I once felt protected. I feel it has become evident I have suffered more in this judicial court system than fighting on my own to achieve some measure of justice. I thank the court for the short time and comfort given me. I am making this motion because my belief in the legal system has become unbearably bias as it relates to my case. I have been stripped and robbed by the judicial system because of my identity, my integrity has been challenge and this court has been trying to strip me of my dignity and the ability Protect **My Family and myself.**

_Ashmeen Mull_

Ashmeen Modikhan, Pro-Per

03/14/2022
Date

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the **DEBTORS MOTION TO WITHDRAW CHAPTER 7 CASE** was electronically mail on this 14th day of March 2022 to:

**Steven Amshen, Esq.**
**Attorney for Hanin R. Shadood**
Petroff Ashmen, LLP
1795 Coney Island Ave., Ste 3
Brooklyn, NY 11230
bankruptcy@lawpetroff.com

**Dennis McGrath, Esq**
**Attorney for Darren Aronow, Esq.**
7600 Jericho Turnpike, Suite 115
Woodbury, NY 11797
Darren@dalawpc.com

**Nathan Z. Kaufman, Esq.**
**Attorney for Marianne DeRosa, Chapter 13 Trustee**
**Office of the Chapter 13 Trustee**
100 Jericho Quadrangle, Ste 127
Jericho, NY 11753
DeRosa@ch13mdr.com

**Krista M Preuss**
**Krista M. Preuss, Chapter 13 Trustee**
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753
info@ch13edny.com

**Alan Nisselson, Chapter 7 Trustee**
**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, NY 10019
anisselson@windelsmarx.com

**Katherine Heidbrink, Esq**
**Attorney for Rushmore Loan Management Services, LLC,**
**as servicer for U.S. Bank Trust, N.A., as Trustee for Dwelling Series IV Trust**
Friedman Vartolo, LLP
1325 Franklin Ave, Suite 160
Garden City, NY 11530
bankruptcy@FriedmanVartolo.com

**Andrea M Roberts, Esq**
**Attorney for Fay Servicing**
**Blank Rome, LLP**
1271 Avenue of Americas
New York, NY 10174
aroberts@blankrome.com

**Jonathan M. Robbin**
**Attorney for Rushmore Loan Management Services, Inc.**
**J. Robbin Law**
200 Business Park, Suite 103
Armonk, NY 10504
jonathan.robbin@jrobbinlaw.com

**Jacquelyn A DiCicco, Esq**
**Attorney for Rushmore Loan Management Services, Inc.**
**J. Robbin Law**
200 Business Park, Suite 103
Armonk, NY 10504
Jacquelyn.dicicco@jrobbinlaw.com

**Sean O. Green**
**United States Attorney's Office**
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
sean.greene@usdoj.gov

**Shana C. Priore**
271-A Cadman Plaza East
Ste 7th Floor
Brooklyn, NY 11201
Shana.c.priore@usdoj.gov

**Clerk of the United States Bankruptcy Court**
**Eastern District of New York**
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

**Marylou Martin, Esq,**
**Assistant US Trustee**
201 Varick Street, Suite 1006
New York, NY 10014
Marylou.Martin@usdoj.gov

**Courtney R. Williams, Esq.,**
**Gross Polowy, LLC**
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
cwilliams@grosspolowy.com

Ashmeen Modikhan                     03/14/2022

Ashmeen Modikhan                     Date