

U.S. Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza
Brooklyn, NY 11201

Mateen-: Hadikhan
94-22 Magnolia Court, Ste 1B
Ozone Park, New York Republic
near [11417-2959]
Non Domestic



**New York City Comptroller**
**Brad Lander**

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version: NYC-COMPT-BLA-PI1-M2

# Personal Injury Claim Form

A claim must be filed in person or by registered or certified mail within 90 days of the occurrence at the NYC Comptroller's Office, located at 1 Centre Street, Room 1225, New York, NY 10007. The claim form must be notarized. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.
TYPE OR PRINT

**I am filing:** ☐ On behalf of myself.
☑ On behalf of someone else. If on someone else's behalf, please provide the following information.
☐ Attorney is filing.

| | |
|---|---|
| Last Name: | Bey |
| First Name: | Noble K |
| Relationship to the claimant: | Moorish Science Temple Global Ministries - Moor Sheriff's Admin / Member. |

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

## Claimant Information

| | |
|---|---|
| *Last Name: | MODIKHAN |
| *First Name: | ASHMEEN |
| Address: | 94-22 MAGNOLIA COURT, 1B |
| Address 2: | |
| City: | OZONE PARK |
| State: | NEW YORK |
| Zip Code: | 11417 |
| Country: | united state of America |
| Date of Birth: | 06/06/1963    Format: MM/DD/YYYY |
| Soc. Sec. #: | XXX-XX-8044 |
| HICN: (Medicare #) | |
| Date of Death: |    Format: MM/DD/YYYY |
| Phone: | 7188693384 |
| Email Address: | aakl123@aol.com |
| Occupation: | Homestead Mom |
| City Employee? | ☐ Yes  ☑ No  ☐ NA |
| Gender | ☐ Male  ☑ Female  ☐ Other |



RECEIVED 2025 SEP -3 P 1:14

* Denotes required field(s).

Page 1 of 5

**New York City Comptroller**
**Brad Lander**

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**The time and place where the claim arose**

| | | |
|---|---|---|
| *Date of Incident: | 07/23/2025 | Format: MM/DD/YYYY |
| Time of Incident: | 9:30 AM | Format: HH:MM AM/PM |
| Dismissal Date: | | (Police related claims only) |

*Location of Incident: 89-17 Sutphin Blvd, Jamaica, New York 11435, Queens County Civil Court Seizure,

CIVIL COURT QUEENS / U.S. BANK TR N.A. AS TE. VIOLATED 18 USC 241 & 242, 15 USC 1692 (e) False & Misrepresentation.

Address: 87-10 149TH AVENUE APT 5N
Address 2:
City: HOWARD BEACH
State: NEW YORK
Borough: QUEENS

**\*Manner in which claim arose:**

Attach extra sheet(s) if more room is needed.

THE NATURE OF THIS CLAIM IS, INTER ALIA, FOR MONETARY DAMAGES (SPECIAL, COMPENSATORY, PUNITIVE FOR PERSONAL, & EMOTIONAL INJURIES SUSTAINED BY CLAIMANT AS A RESULT OF INTENTIONAL, RECKLSS, AND/OR NEGLIGENT CONDUCT BY AGENTS, SERVANTS AND EMPLOYEES OF THE CITY OF NEW YORK ("COURTS"). & THE NEW YORK COUNTY OF CIVIL COURT QUEENS ("CLERKS"), & INSERT ADDITIONAL NYC AGENCIES RESPONSIBLE, IF ANY, INCLUDING, (INDEX # 301/2010, 705854/2021, LT-310691-23/QU, 2024-07460, 19-46591, 25-CV-00249). JOHN & JANE DOE 1-9 (OFFICERS, AS YET UNIDENTIFIED) WHO WHILE ACTING UNDER THE COLOR OF LAW OR REGULATION OF THE STATE, DEPRIVED CLAIMANT THE RIGHTS AND LIBERTY SECURED TO THEM UNDER THE CONSTITUTIONS OF THE UNITED STATES OF AMERICA & THE STATE OF NEW YORK, THE ADMIN. CODE 8-802 & 803 ET. SEQ., AS WELL AS CIVIL AND COMMON LAW, INCLUDING THEIR RIGHT TO BE FREE FROM HARRASSMENT, UNREASONABLE SEARCH & SEIZURE, FALSE REFEREE DEED, MALICIOUS PROSECUTION, EXCESSIVE THEFT OF PROPERTY, & OUTRAGEOUS CONDUCT GIVING RISE TO PERSONAL INJURIES, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, & NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS. THE BASIS FOR THE CITY OF NEW YORK'S LIABILITY INCLUDE, BUT ARE NOT LIMITED TO VICARIOUS LIABILITY UNDER THE DOCTRINE OF RESPONDENT SUPERIOR, NEGLIGENT HIRING, MAINTAINING, SUPERVISING INCOMPETENT & UNFIT PRACTICE BY EMPLOYEES, DISCIPLINING, TRAINING AND INSTRUCTION OF SUCH EMPLOYEES INVOLVED IN THIS INCIDENT & EMPLOYEES IN GENERAL, FAILURE TO RESPOND APPROPRIATELY OR TAKE REMEDIAL ACTION TO PAST COMPLAINTS OF MISCONDUCT, & WITH RESPECT TO THE LAW, NOT ONLY BY THEIR OWN BUT (SEC, FTC) BUREAU, ALSO THE CIVILIAN COMPLAINT REVIEW BOARD, MOLLEN COMMISSION REPORTS & OTHER PUBLIC REPORTS, WHICH ALLOWED CLAIMANT TO BE ABUSED, SEE ATTACHED: NOTICE OF CLAIM AFFIDAVIT EXHIBIT (A).THE TIME WHEN, THE PLACE WHERE & THE MANNER IN WHICH THE CLAIM AROSE:THE FOLLOWING IS A SUMMARY & DOES NOT INCLUDE ALL DETAILS CONCERNING THE INCIDENT: SEE ATTACHED EMERGENCY AFFIRMATION TO VACATE FRAUDULENT JUDGMENT.

**The items of damage or injuries claimed are (include dollar amounts):**

Attach extra sheet(s) if more room is needed.

THE ITEMS OF DAMAGE OR INJURIES CLAIMED, (INCLUDE DOLLAR AMOUNTS):

CLAIMANT SUSTAINED SERIOUS INJURIES, THE FULL EXTENT OF WHICH IS CURRENTLY UNKNOWN, INCLUDING, BUT NOT LIMITED TO INJURIES TO HER HEAD, AS WELL AS MENTAL ANGUISH AND OTHER PSYCHOLOGICAL INJURIES; FEAR, ANXIETY, SHAME, HUMILIATION, INDIGNITY, DAMAGE TO REPUTATION AND CREDIT, LOSS OF EARNINGS CAPACITY AND CAPABILITY, AND ALL DAMAGES SUSTAINED AS A RESULT OF THE CLAIMS ENUMERATED ABOVE, AND THAT BY REASON OF THE AFORESAID, CLAIMANT HAS BEEN DAMAGED IN THE SUM OF FIVE MILLION ($5,000,000.00) DOLLARS. CLAIMANT ALSO REQUESTS CONSULTAITON FEES AS MANDATED BY LAW UNDER 42 U.S. 1988 AND OTHER RELEVANT LAW.

TOTAL AMOUNT CLAIMED FIVE MILLION DOLLARS IN NEW YORK, THE STATUE OF LIMITATIONS ($5,000,000.00) PLUS CONSULTATION FEES FOR CIVIL FRAUD IS THE GREATER OF : SIX (6)  New York City Comptroller Brad Lander). YEARS FRO MTHE DATE OF THE FRAUDULENT ACT, OR TWO YEARS FROM THE DATE THE FRAUD WAS DISCOVERD. or should have been DISCOVERED.

\* Denotes required field(s).



**New York City Comptroller**
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | *Format: MM/DD/YYYY* |
| Hospital/Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | *Format: MM/DD/YYYY* |

Was claimant taken to hospital by an ambulance?   ○ Yes  ○ No  ○ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

*\* Denotes required field(s).*

Page 3 of 5



**New York City Comptroller**
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Witness 1 Information**
- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

**Witness 2 Information**
- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

**Witness 3 Information**
- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

**Witness 4 Information**
- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

**Witness 5 Information**
- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

**Witness 6 Information**
- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

\* *Denotes required field(s).*

CERTIFIED MAIL RECEIPT NO.: 9589-0710-5270-2256-1203-55.

IN THE MATTER OF THE CLAIM OF
CUSTODIAN DUTIES OF UNITED STATES
AGENCY / AGENTS, 28 USC § 3002 THE DEBTORS

―――――――――――――――――――――――――-X

*Ashmeen-: Modikhan, POA For ASHMEEN MODIKHAN, Sui Jursi*
            Claimant,

-against-

THE CITY OF NEW YORK,
QUEENS COUNTY STATE COURT.,
QUEENS COUNTY CIVIL COURT.,
THE BOARD OF MANAGERS OF PATCHOGUE
HOMES CONDOMINIUM II,
BAC HOME LOANS SERVICING LP
U.S BANK N.A., AS LEGAL TITLE TTEE
TANYA FAYE CLERK OF CIVIL COURT.
AUDREY I. PHEFFER CLERK OF SUPREME COURT QUEENS.
           Respondent/Defendant

**NOTICE
AFFIDAVIT OF CLAIM
ORDERING AN INJUNCTIVE RELIEF
CEASE AND DESIST**

INDEX NO.: **301/2010 EFile 705854/2021**
CCHP NO.: **LT-310691-23/QU**
FROCP NO.: **RULE 3, 5, 9, 13, 23, 24**

―――――――――――――――――――――――――-X

To: THE COMPTROLLER OF THE CITY OF NEW YORK
    RECEIVED Claims Bureau - NYC
    1 Center Street, Room 530
    New York, New York 10007

August 26, 2025

From: Modikhan-: Ashmeen POA for ASHMEEN MODIKHAN, Sui Jursi,
    a Civilian. Non-Combatant,
    c/o 87-10 149th Avenue, Ste 5N
    Howard Beach, New York Republic [11414]

TO WHOM IT MAY CONCERN: Nature of Claim., **ATTENTION NEW YORK CITY RISK MANAGEMENT.**

I Declare under Penalty of Perjury that the laws of the united state of America that the foregoing is true and correct,. That: I Declare under Oath, under Pains and Penalty of Perjury in front of the under line Authority that has Authority to Administer Oath. I, a woman, Affiant, being over the age of eighteen (18) years, competent to handle my affairs does state for the public record the following: I am a civilian before this court by Special Appearance without waiving any rights remedy defense Statutory or procedural, state I am of sound mind., I Reserve my Rights at all times.

This Affidavit of Claim for the below referenced violations of Claimant's Constitutional and all Creator, Human, Geneva, Federal, State, Civil Rights, Treaty and Indigenous rights, status, entitlements, inheritance, contract and any and all interest and claims applicable to Claimant. Further Claimants reserve the right to amend this Claim any time prior to claimants Acceptance of Settlement offer. The Following Violations:

1. 15 U.S. Code § 1, Trust Law Violation $100,000,000.00 fine, 15 U.S. Code § 1692(e). False & Misrepresentation.
2. 12 U.S. Code §1843. Restrictions, Bank Limitations Code § 83.
3. 18 U.S. Code §1202. Ransom money. Constitution 4th, 5th, 8th Amendment Violation.
4. 18 U.S. Code §241, Conspiracy against rights, if two or more persons conspire to do an unlawful act.
5. 18 U.S. Code §242. Deprivation of rights under color of law
6. 18 U.S. Code §245. Federally protected activities. Treaty, Constitutional Rights.

*NOTICE TO PRINCIPAL IS NOTICE TO AGENTS, and NOTICE TO AGENTS IS NOTICE TO PRINCIPAL, UCC §§ 1-202 NOTICE, ACKNOWLEDGMENT 2-206 & 2-207.*

*1 of 6*

7. 18 U.S. Code §1593A. Benefiting financially from peonage, slavery, and Code §§ 3293 / 3282.
8. 42 U.S. Code §12203. Prohibition against retaliation and coercion.
9. 42 U.S. Code §1983. Civil action for deprivation of rights.
10. 42 U.S. Code §2000d. Prohibition against exclusion from participation in, denial of benefits of, and discrimination under federally assisted programs on ground of race, color, or national origin. Common Law rights, pain, suffering and for psychological injuries sustained by Claimants caused by the intentional, malicious, careless, and negligent acts of The City of New York, New York City Civil Court Queens County, District Attorney Office, Queens County Supreme Court, Queens County Civil & Criminal Court. 18 USC CH. 96: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS From Title 18., RICO 18 U.S. Code 1961-1968., As followed:

**Manner in which** THE NATURE OF THE CLAIM: **claim arose:** THE NATURE OF THIS CLAIM IS, INTER ALIA, FOR MONETARY DAMAGES (SPECIAL, COMPENSATORY, PUNITIVE) FOR PERSONAL, PHYSICAL, AND EMOTIONAL INJURIES SUSTAINED BY CLAIMANT AS A RESULT OF INTENTIONAL, RECKLESS, AND/OR NEGLIGENT CONDUCT BY AGENTS, SERVANTS AND EMPLOYEES OF THE CITY OF NEW YORK ("CITY"), AND THE NEW YORK CITY COUNTY COURTS, AND INSERT ADDITIONAL NYC AGENCIES RESPONSIBLE, IF ANY, INCLUDING,, (CLERK OF SUPREME AND CIVIL COURT QUEENS &THE BOARD OF MANAGERS OF PATCHOGUE HOMES CONDOMINIUM II), JOHN AND JANE DOE 1- 9 (OFFICERS/AGENTS AS YET UNIDENTIFIED), WHO WHILE ACTING UNDER THE COLOR OF A LAW OR REGULATION OF THE STATE, DEPRIVED CLAIMANT THE RIGHTS AND LIBERTY SECURED TO THEM UNDER THE CONSTITUTIONS OF THE UNITED STATES OF AMERICA AND THE STATE OF NEW YORK, THE ADMIN. CODE 8-802 / 803 ET. SEQ., AS WELL AS CIVIL AND COMMON LAW, INCLUDING THEIR RIGHT TO BE FREE FROM HARASSMENT, UNLAWFUL STOP, UNLAWFUL SEARCH, FALSE & MISREPERSENTATION, MALICIOUS PROSECUTION, EXCESSIVE MISCONDUCTS, AND OUTRAGEOUS CONDUCT GIVING RISE TO PERSONAL INJURIES, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS.

THE BASIS FOR THE CITY OF NEW YORK'S LIABILITY INCLUDE, BUT ARE NOT LIMITED TO, VICARIOUS LIABILITY UNDER THE DOCTRINE OF RESPONDENT SUPERIOR, NEGLIGENT HIRING, MAINTAINING, SUPERVISING INCOMPETENT AND UNFIT MARSHAL EMPLOYEES, DISCIPLINING, TRAINING AND INSTRUCTION OF SUCH EMPLOYEES INVOLVED IN THIS INCIDENT AND EMPLOYEES IN GENERAL, FAILURE TO RESPOND APPROPRIATELY OR TAKE REMEDIAL ACTION TO PAST COMPLAINTS OF MISCONDUCT, AND WITH RESPECT TO THE COURT, NOT ONLY BY THEIR OWN INTERNAL AFFAIRS BUREAU, BUT ALSO THE CIVILIAN COMPLAINT REVIEW BOARD, MOLLEN COMMISSION REPORTS AND OTHER PUBLIC REPORTS, WHICH ALLOWED CLAIMANT TO BE ABUSED.

THE TIME WHEN, THE PLACE WHERE AND THE MANNER IN WHICH THE CLAIM AROSE:
THE FOLLOWING IS A SUMMARY AND DOES NOT INCLUDE ALL DETAILS CONCERNING THE INCIDENT: BASED ON INFORMATION AND BELIEF, ON OR ABOUT JAN 06, 2010 - 8/27/25 AT APPROXIMATELY 9:30 AM, CLAIMANT WAS IN THE VICINITY OF 87-10 149TH AVE, HOWARD BEACH, NEW YORK AND WAS NOT COMMITTING ANY OFFENSE OR VIOLATING THE LAW, WHEN CLAIMANT HAD THEIR RIGHTS TRUST PASS ON THAT:

RESPONDENTS, U.S BANK N.A., AS LEGAL TITLE TTEE, THE BOARD OF MANAGERS OF PATCHOGUE HOMES CONDOMINIUM II,. & FRIEDMAN VARTOLO LP, JOHN AND JANE DOE 1-9, (OFFICERS/AGENTS AS YET UNIDENTIFIED), DID, WHILE ACTING IN CONCERT, APPROACHED CLAIMANT AND SPOKE DISCOURTEOUSLY, HARASSED, AND PERPETRATED MULTIPLE, UPON CLAIMANT BY AMONG OTHER THINGS HARASSAMENT, ALL WITHOUT ADEQUATE CAUSE AND IN CONTRAVENTION OF FTC/SEC POLICY CAUSING CLAIMANT PAIN, INJURY, AND TO FEAR FOR THEIR PERSONAL SAFETY.

THEREAFTER, RESPONDENTS TRYING TO SEIZED CLAIMANT PROPERTY WITH THREATING FORCIBLY DOCUMENTS OF FRAUD BY COURT CLAIMANT (INDEX NO. *301/2010 EFile 705854/2021*). AFTERWARD CLAIMANT WAS TRASSPASSED ON HER PROPERTY. WHILE SHOWING OWNERSHIP, RESPONDENTS



*NOTICE TO PRINCIPAL IS NOTICE TO AGENTS, and NOTICE TO AGENTS IS NOTICE TO PRINCIPAL. UCC §§ 1-202 NOTICE, ACKNOWLEDGMENT 2-206 & 2-207.*

PROVIDED FALSE INFORMATION CONCERNING THE EVENTS OF THE CIVIL COURT WHO CHARGED CLAIMANT WITH ASSORTED CRIMES (*301/2010 EFile 705854/2021*).

SEVERAL OFFICERS, WHO DID NOT PARTICIPATE IN THE INCIDENTS, BUT WERE OTHERWISE PRESENT ON OBSERVED THE VIOLATION OF CLAIMANT'S CONSTITUTIONAL RIGHTS YET FAILED TO INTERCEDE ON CLAIMANT'S BEHALF.

THE INTENTIONAL, RECKLESS, AND/OR NEGLIGENT FORCE USED BY RESPONDENTS CAUSED CLAIMANT PERSONAL, AND EMOTIONAL INJURIES. DESPITE CLAIMANT'S OBVIOUS INJURIES, AND SEVERAL REQUESTS FOR PROOF OF CLAIM BY OWNER MS. MODIKHAN, PROMPT AND APPROPRIATE ATTENTION WHICH FURTHER CONTRIBUTED TO THIS MATTER.

THE ITEMS OF DAMAGE OR INJURIES CLAIMED, (INCLUDE DOLLAR AMOUNTS):

CLAIMANT SUSTAINED SERIOUS INJURIES, THE FULL EXTENT OF WHICH ARE CURRENTLY UNKNOWN, INCLUDING, BUT NOT LIMITED TO INJURIES TO HIS HEAD, AS WELL AS MENTAL ANGUISH AND OTHER PSYCHOLOGICAL INJURIES; FEAR, ANXIETY, SHAME, HUMILIATION, INDIGNITY, DAMAGE TO REPUTATION AND CREDIT, LOSS OF EARNINGS CAPACITY AND CAPABILITY, AND ALL DAMAGES SUSTAINED AS A RESULT OF THE CLAIMS ENUMERATED ABOVE, AND THAT BY REASON OF THE AFORESAID, CLAIMANT HAS BEEN DAMAGED IN THE SUM OF FIVE MILLION ($5,000,000.00) DOLLARS. CLAIMANT ALSO REQUESTS CONSULTANTS' FEES AS MANDATED BY LAW UNDER 42 U.S. 1983 AND OTHER RELEVANT LAW.

TOTAL AMOUNT CLAIMED FIVE MILLION DOLLARS
($5,000,000.00) PLUS CONSULTANTS' FEES
New York City Comptroller Brad Lander

Dear: UNITED STATES TRUSTEES THE DEBTOR, 28 USC § 3002 meaning the United States is a Federal Corporation the Debtor, any private attorney authorized by contract made in accordance with section 3718 of title 31 to conduct litigation for collection of debts on behalf of the United States.

TAKE NOTICE, you are hereby in **dishonor** of your board of trustee obligations by your inability and unwillingness by knowing or unknowingly imposing a Contract to gain revenue or collect a debt owing to the United States to regulate commerce which outlines in the Constitution and the IRS Codes, that you must provide and validate proof of Claim for your Solicitation.

THAT, An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness with first hand knowledge. (Trinsey v. Pagliaro) "Statements of counsel in brief or in argument are not sufficient facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment, Enforcing a contract comes down to six key elements: offer, acceptance, awareness, consideration, capacity, and legality. If a contract lacks any of these elements, you may not have the legal right to enforce it.

All participants in their "individual and or official capacities" regarding these fraudulent acts, are in default and dishonor. A lawsuit and lien may commence for three times the amount for the damages caused by any officers or agents of any corporation soliciting knowingly or unknowingly for their companies capitalization and is guilty of criminal fraud *18 USC §§ 241 & 242* under Color of Law. *15 U.S. CODE § 1692(E) FALSE & MISREPRESENTATION.*

These actions violate the Constitution Article 1 sec 9, UCC Law and the Revenue Law, and by their actions provide prima facie evidence that you are attempting to collect money based on fraud and ***ROBBERY( CC SEC 18-760)***. Nationals and Indigenous Moor's, that are not subject to these rules and regulations which are outlined in the constitution & The Treaty Article 1,3, 4, 5, 6, 7, 8, 9, 13 & 14 and not to the welfare of particular parties, excluding Indians not taxed.



*NOTICE TO PRINCIPAL IS NOTICE TO AGENTS, and NOTICE TO AGENTS IS NOTICE TO PRINCIPAL. UCC §§ 1-202 NOTICE, ACKNOWLEDGMENT 2-206 & 2-207.*

Your Employees / Trustees, officers or agents abused their authority and obligations of their Constitutional oath by false representation and entrapment, for example: Article 1 sec 9 of the Constitution, No Bill of Attainder or ex post facto Law shall be passed. No Tax or Duty shall be laid on Articles exported from any State.

The United States Supreme Court has long recognized that the aggrieved party has a cause of action under 42 U.S.C. § 1983 for violation of Fourth Amendment rights. (there can be no objective reasonableness where officials violate clearly established constitutional rights such as--(a) United States Constitution, Fourth Amendment (including Warrants Clause), Fifth Amendment (Due Process and Equal Protection), Ninth Amendment (Rights to Privacy and Liberty), Thirteenth Amendment (Civil Rights Law), Fourteenth Amendment (Due Process and Equal Protection).

The Constitution outlines that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness, that to secure these Natural Rights and the rights we create as we live our lives as we wish to pursue happiness as we think best, Governments are instituted among Men, deriving their just powers from the Consent of the Governed, whatever rights or powers government has come from us, from "the Consent of the Governed". *SEE ATTACHED: EXHIBIT(A) CIVIL COURT FRAUD DOC'S.*

(2) " The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people" Government officials must respect their oaths to uphold the Constitution; and we the people must be vigilant in seeing that they do, the Founders intended the doctrine to be our principal defense against overwhelming government officials which of course a final check and balance on overwhelming power that whenever any Form of Government becomes destructive of these Ends, it is the Right of the People to alter or to abolish it.

(3) Under their solemn obligations and duties as Trustee, it is the sole responsibility at first opportunity of any Administrator or Executor not the Person before them to offer remedy and relief, once re-establish their competency, Beneficiary is given clear instructions on how it may be redeemed and the trust dissolved upon their return and/or reaching the age of majority. *Article 100 Cestui Que Vie Canon 1283-1309.*

(4) Any Administrator or Trustees that refuses to immediately dissolve a Contract upon a Person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment.

(5) Any fiduciary / Trustee attempting to collect money on the basis of fraud is guilty of Title 18 U.S. Code 241, Chapter 41-Extortion and threats; Title 18 U.S. Code § 880 Receiving the proceeds of extortion. Whoever has devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations are guilty of these laws. Following: *MAIL FRAUD 18 U.S. CODE § 1341 .* SCHEME TO DEFRAUD MS. MODIKHAN OF HER RIGHTS TO THE PROPERTY.

A. Your agents are imposing provisions of a contract counter to public morals article 1 sec 8.
B. Your paperwork has failed to affirmatively show your entry upon my privacy 4 & 5 amendment rights.
C. Your office is established as 28 USC § 3002 the (United States is a Corporation) Fictitious not real.
D. Your paperwork has no foundation in law for the reason that they are "ex post facto law", No Bill of Attainder or ex post facto Law shall be passed article 1 sec 9.
E. Your presence has no warrant in law and is not judicial in nature.
F. Your paperwork is not sealed by the recognized authority 28 USC § 1691 Seal and test of process.
G. Your paperwork is incomplete and defective upon its face due to insufficient law.
H. Your paperwork does not have upon its face an (OMB) Number, nor do the terms and conditions herewith apply to me.
I. Your paperwork is Contractually deceptive and Fraudulent.

The accompanying GSA forms (sf 24, sf25, sf25A, op91, sf28, as well as bonded Bill of Certificate Securities T&T/BC#'3535987742 / SS# 8044, is hereby presented under Notary Seal by pre arrangement with the

*NOTICE TO PRINCIPAL IS NOTICE TO AGENTS, and NOTICE TO AGENTS IS NOTICE TO PRINCIPAL. UCC §§ 1-202 NOTICE, ACKNOWLEDGMENT 2-206 & 2-207.*

Department of Treasury. Treasury Secretary Scott Bessent is co-payee on the instrument and holder of the securitization bond referenced thereon.

Please credit the above referenced account dollar for dollar for the full value of the instrument (Index# *301/2010, 705854/2021, LT-310691-23/QU,* ) and present it to Mr. Bessent no later than three (3) days after the date you receive it from the date of receipt.

The court is hereby not authorized to utilize the revenue windfall to its benefit until maturity. In consideration, you are expected to issue a settlement statement, warrant or other confirmation of closure of Index # *301/2010, 705854/2021, LT-310691-23/QU,* , reflecting the posted credit. You may also debit any customary fees and mailing costs. Please allow sixty (60) days for final reconciliation. However, customary banking practices via your Treasury Account can shorten the duration.

Please submit your copy of IRS form 1040 V to ensure the Treasury can track the transaction. The payment instrument has been marked 9589 0710 5270 2256 1203 86 and UCC filing# Under 3-306/305/302 and will be monitored in real time to protect Mr. Bessent interest. It is essential that you post the credit and make a presentment to the secretary of the Treasury, or return the instrument for cause with evidence of a substantial legal defect from a qualified third party within three (3) days of receipt. "Internal Regulations" and "Business as usual" do not qualify as substantive legal defects.

Failure to post the credit or identify a defect within ten (10) days will be certified in a Default Judgment by the Notary to be issued and filed with the clerk of court. That judgment will comprise your stipulation to the value and validity of the instrument and confession of a theft of public funds when you defaulted on the opportunity to rebut. A return of the instrument without cause will be certified as a conversion of liability under public policy, i.e. your agreement to accept liability for the missing funds. Any attempt to malign payment without a demonstrative notice of dishonor or certificate of protest will be treated as commercial slander.

In any event, legal fiction ASHMEEN-:MODIKHAN is required to report your gain on form 1099 OID-B. The "Creditor" intends to report all suspicious activity and honor his misprision of felony obligations.

### REQUEST FOR IRS FORM W-9

Please complete form W-9 and return to the undersigned no later than ten (10) days from the post mark to facilitate such reporting. Typically, the IRS Criminal Investigation Division seizes the full amount of funds on behalf of the Treasury, and a warrant is issued to the Marshall for distress of the Respondents public hazard bond on behalf of the Treasury, the Alien Property Custodian thereby rendering the party uninsurable for public service. Any such commercial process will be audited by the Comptroller General of the Presidents Corporate task force.

Default Judgment will also comprise your consent for legal fiction MODIKHAN-:ASHMEEN to file the judgment annexed to a criminal complaint with the U.S. Attorney (OR DISTRICT ATTORNEY OR ATTORNEY GENERAL of the UNITED STATES) and, if necessary, directly.

Sworn to before me this 26 Day of August, 2025

NOTARY PUBLIC

LINA M QUINONES
Notary Public - State of New York
NO. 01QU6403536
Qualified in Queens County
My Commission Expires May 2, 2028

Dated this 26 th day of August, 2025

By: Authorized Representative

NOTICE TO PRINCIPAL IS NOTICE TO AGENTS, and NOTICE TO AGENTS IS NOTICE TO PRINCIPAL, UCC §§ 1-202 NOTICE, ACKNOWLEDGMENT 2-206

## AFFIDAVIT OF SERVICE

"I declare or CERTIFY, under penalties of perjury under the laws of the United States of America that the foregoing is True and Correct., (28 USC § 1746(1) that the foregoing was provided to and by regular US Mail, Certified Mail and Certificate of Mailing to the below agency and agents. **CC: ALL AGENCIES BLOW.**

OFFICE OF THE ATTORNEY GENERAL
LETITIA JAMES ATTORNEY GENERAL
EXCELSIOR STATE OF NEW YORK
28 LIBERTY STREET,
NEW YORK, NY 10005
PHONE (212) 416-8500, www.AG.NY.GOV

FEDERAL BUREAU OF INVESTIGATION,
Hon. Kash Patel Director (FBI) FRAUD DEPT
935 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20535-0001

CIVIL COURT QUEENS COUNTY
HOUSING PART, CLERK OFFICE
89-17 SUTPHIN BLVD,
JAMAICA, NY 11435

FRIEDMAN VARTOLO, LP.
FRANKLIN CHIU, AARON LEAF,
85 BROAD STREET, STE 501
NEW YORK, NY 10004

UNITED STATES DEPARTMENT OF THE TREASURY
SECRETARY, MR. SCOTT BESSENT
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
271-C CADMAN PLAZA E,
BROOKLYN, NY 11201

THE COMPTROLLER OF THE CITY OF NEW YORK
RECEIVED Brad Lander, Claims Bureau - NYC
1 Center Street, Room 530
New York, New York 10007

U.S DEPARTMENT OF JUSTICE,
Hon. Pam Bondi, FRAUD-DEPARTMENT
950 Pennsylvania Avenue, NW
Washington, DC 23530-0001

NEW YORK CITY MAYOR
ERIC ADAMS
CITY HALL
NEW YORK, NY 10007

SUPREME COURT, STATE OF NEW YORK
QUEENS COUNTY
88-11 SUTPHIN BLVD
JAMAICA, NY 11435

THE PRESIDENT OF THE UNITED STATES
CHIEF & COMMANDER, Mr. Donald J. Trump
1600 PENNSYLVANIA AVE, NW
WASHINGTON, D.C. 20500

Dated this 26th day of August, 2025

_____
By: Authorized Representative

Sworn to before me this 26
Day of August, 2025.
_____
NOTARY PUBLIC

LINA M QUINONES
Notary Public - State of New York
NO. 01QU6403536
Qualified in Queens County
My Commission Expires May 2, 2028



*NOTICE TO PRINCIPAL IS NOTICE TO AGENTS, and NOTICE TO AGENTS IS NOTICE TO PRINCIPAL, UCC §§ 1-202 NOTICE, ACKNOWLEDGMENT 2-206 & 2-207.*



**New York City Comptroller**
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

## Complete if claim involves a NYC vehicle

**Owner of vehicle claimant was traveling in**

- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

**Non-City vehicle driver**

- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

**Insurance Information**

- Insurance Company Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:
- Policy #:
- Phone #:

**Non-City vehicle information**

- Make, Model, Year of Vehicle:
- Plate #:
- VIN #:

**City vehicle information**

- Plate #:
- City Driver Last Name:
- City Driver First Name:

**Description of claimant:**
- ☐ Driver
- ☐ Passenger
- ☐ Pedestrian
- ☐ Bicyclist
- ☐ Motorcyclist
- ☐ Other

**\*Total Amount Claimed:** $10,000,000.00    *Format: Do not include "$" or ","*

Date: 08/22/2025

Signature of Claimant: *Ashmeen Modikhan*

State of New York
County of _____

I, ASHMEEN MODIKHAN, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof; that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day 22nd of August, 2025

Signature of Claimant: *Ashmeen Modikhan*

Signature of notary: *[signature]*

\* Denotes required field(s).

ATHAR S SHAMIR
Notary Public - State of New York
NO. 01SH0021045
Qualified in Queens County
My Commission Expires Feb 12, 2028

Page 5 of 5